UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN JOHNSON, No. 753595,

        Plaintiff,                  Case No. 22-cv-10660
                                                        Hon. Matthew F. Leitman

v.

UNKNOWN SERMINSKI, ET AL,

        Defendants.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated April 18, 2022, this cause of action is SUMMARILY DISMISSED WITHOUT PREJUDICE.

Dated at Detroit, Michigan this 18th day of April, 2022.

                                                KINIKIA ESSIX
                                                CLERK OF THE COURT

                                                BY: s/Holly A. Ryan

APPROVED:

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge

1