UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN JOHNSON,

    Plaintiff,

Case No. 22-cv-10660
Hon. Matthew F. Leitman

v.

UNKNOWN SERMINSKI, *et al.*,

    Defendants.

_____/

## ORDER DENYING (1) PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT (ECF No. 7) AND (2) PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (ECF No. 8)

Plaintiff Darren Johnson is a state prisoner in the custody of the Michigan Department of Corrections (the "MDOC"). On March 22, 2022, Johnson filed this action against several MDOC employees. (*See* Compl., ECF No. 1.) Johnson alleged, among other things, that certain MDOC employees lost his personal property. (*See id.*) Johnson also filed an application to proceed *in forma pauperis*. (*See* Application, ECF No. 2.) The Court concluded that Johnson was not entitled to *in forma pauperis* status because he had had at least three prior suits dismissed for being frivolous and he had not sufficiently alleged that he was in imminent danger of serious physical injury. (*See* Order, ECF No. 6.) The Court therefore denied Johnson's application to proceed *in forma pauperis*, and it dismissed his Complaint for failing to pay the required filing fee. (*See id.*; *see also* Judgment, ECF No. 7.)

1

Johnson has now filed two motions with the Court: (1) a motion to alter or amend the judgment (*see* Mot., ECF No. 7) and (2) a motion for leave to file an Amended Complaint (*see* Mot., ECF No. 8).  The Court has carefully reviewed both motions and **DENIES** them.

With respect to the motion to alter or amend judgment, Johnson has not shown that the Court erred in any way when it dismissed his Complaint without prejudice. With respect to the motion for leave to amend, Johnson has neither presented the Court a proposed Amended Complaint to review nor sufficiently persuaded the Court that any amendments he wishes to make could cure the deficiencies in his claims.

For all of the reasons explained above, Johnson's motion to alter or amend judgment (ECF No. 7) and his motion for leave to file an Amended Complaint (ECF No. 8) are **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  June 16, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 16, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126